MATHEW & GEORGE
500 SOUTH GRAND AVENUE, SUITE 1490
LOS ANGELES, CALIFORNIA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAMDEEP KAUR,

Plaintiff,

vs.

OFFICE DEPOT, INC., a Delaware corporation; and DOES 1 through 10,

Defendants.

Case No.: 3:16-01410-JST

Hon. Jon S. Tigar

**~~[PROPOSED]~~ ORDER RE MEDIATION AND FIRST-STAGE DISCOVERY**



**ORDER**

The Court has considered the Parties' Joint Stipulation on Mediation and First-Stage Discovery and, good cause appearing, adopts the Stipulation.

The December 31, 2016 mediation completion deadline is vacated.

Parties shall complete their first-stage discovery and mediation by November 30, 2016.

**IT IS SO ORDERED.**

Dated: July 6, 2016

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

MATHEW & GEORGE
500 SOUTH GRAND AVENUE, SUITE 1490
LOS ANGELES, CALIFORNIA 90071

Page 1
ORDER