GREGORY G. ISKANDER, Bar No. 200215
MICHAEL W. NELSON, Bar No. 287213
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
giskander@littler.com
mwnelson@littler.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMDEEP KAUR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC., a Delaware corporation; and DOES 1 through 10,<br><br>　　　　　Defendant. | Case No. 3:16-cv-01410-JST<br><br>**JOINT STIPULATED REQUEST FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE AND CONTINUANCE OF EXPERT DISCOVERY DEADLINE**<br><br>[~~PROPOSED~~] ORDER |

ITLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Plaintiff, Alamdeep Kaur, and Defendant, Office Depot, Inc., ("Office Depot"), by and through their respective counsel, hereby stipulate and jointly request that the Court refer this matter to Magistrate Judge Nathanial Cousins for settlement conference.

The parties also agree that the currently pending expert depositions shall be stayed and re-scheduled to dates after the settlement conference and the current hearing for summary judgment (set for May 25, 2017). Therefore the parties stipulate and request that the Court extend the expert discovery cut-off (currently May 15, 2017) to June 23, 2017. No other deadlines shall be affected. The current pre-trial conference date is August 18, 2017, and the trial is set for September 11, 2017.[1]

WHEREFORE, the Parties respectfully request that the Court refer this matter to Magistrate Judge Cousins and extend the expert discovery cut-off as set forth above.

Respectfully submitted,

Dated: April 21, 2017

JACOB GEORGE
SANG J. PARK
MATHEW & GEORGE
Attorneys for Plaintiff Alamdeep Kaur

Dated: April 21, 2017

GREGORY G. ISKANDER
MICHAEL W. NELSON
LITTLER MENDELSON
Attorneys for Defendant
OFFICE DEPOT, INC.

Firmwide:147205998.1 077066.1011

---

[1] The original trial date of June 26, 2017, was continued to September 11, 2017, on the Court's own motion. However, lead counsel for Defendant had another previously set trial in Sacramento Superior Court for September 18, 2017. Defendant has not objected to or requested a continuance of the new trial date at this time because he is requesting a continuance of the conflicting Sacramento trial. To the extent that the Sacramento Court refuses to continue that trial, Defendant will promptly inform this Court.

(3:16-CV-01410-JST)   1.   JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLIN FOR MSC

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Upon the parties' stipulation and for good cause, the parties are referred to Magistrate |
| 3 | Judge Nathanial Cousins for a Mandatory Settlement Conference. The expert discovery cut-off is |
| 4 | continued to June 23, 2017. |
| 5 | IT IS SO ORDERED. |

Dated: April 25, 2017

_____
HONORABLE JON S. TIGAR
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468